# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2012

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Stranch, Jane B. | Sixth Circuit Court of Appeals | 05/15/2013 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Active Circuit Judge | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2012<br>to<br>12/31/2012 |

**7. Chambers or Office Address**

701 Broadway, Room 330
Nashville, TN 37203

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Partner | Branstetter & Stranch |
| 2. | Partner | Branstetter Family Partners |
| 3. | Trustee | Trust #2 |
| 4. | Co-Trustee | Trust #3 |
| 5. | Trustee | Trust #4 |
| 6. | Trustee | Trust #5 |
| 7. | Trustee | Trust #6 |
| 8. | Trustee | Trust #7 |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 12/26/68 | Branstetter, Stranch & Jennings, PLLC Profit Sharing Plan with former law firm, no control |
| 2. | 2010 | Branstetter, Stranch & Jennings law firm, payment of value of interest in fees to be collected at the end of litigation for work done before leaving the firm |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stranch, Jane B. | 05/15/2013 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✔] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2012 | Self-employed attorney |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | International Brotherhood of Teamsters | August 20, 2012 to August 23, 2012 | San Francisco, CA | Speaker | Transportation only |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stranch, Jane B. | 05/15/2013 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[ ] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | First Bank | Mortgage on Rental Property #1, Nashville, TN (Part VII, line 24) | None |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stranch, Jane B. | 05/15/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Bank of America Accounts | A | Interest | K | T | | | | | |
| 2. Capstar Bank Account (X) | A | Interest | K | T | | | | | |
| 3. UBS Financial Services, Inc. Accounts (H) | | | | | | | | | |
| 4. - UBS Bank USA Deposit Account | A | Interest | K | T | | | | | |
| 5. - American Funds Capital Income Builder Fund | A | Dividend | M | T | | | | | |
| 6. - IRA #1 | A | Interest | J | T | | | | | |
| 7. - IRA #2 | A | Interest | J | T | | | | | |
| 8. - Regions Financial Corp. Stock | A | Dividend | | | Sold | 02/24/12 | J | | |
| 9. - Telecom Argentina Stock | A | Dividend | J | T | | | | | |
| 10. - Scolar Pharma, Inc. Stock | A | Dividend | J | T | | | | | |
| 11. Piedmont Natural Gas Stock | A | Dividend | J | T | | | | | |
| 12. Capstar Bank Stock | | None | L | U | | | | | |
| 13. Rental Property, Nashville, TN (1993-$395,000) | E | Rent | O | R | | | | | |
| 14. UBS Financial Services, Inc. Pension Plan #1 | | None | O | T | | | | | |
| 15. John Hancock USA Pension Plan #2 (H) | | | | | | | | | |
| 16. - Oppenheimer Developing Mkt | | None | K | T | | | | | |
| 17. - T. Roe Price Health Sci | | None | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stranch, Jane B. | 05/15/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.  - Legg Mason Clear Br Agg. Growth | | None | J | T | | | | | |
| 19.  - Energy | | None | J | T | | | | | |
| 20.  - Intl Small Cap Fund | | None | J | T | | | | | |
| 21.  - EuroPacific Growth Fund | | None | J | T | | | | | |
| 22.  - Columbia Value & Restructuring (Y) | | | | | | | | | |
| 23.  - Davis New York Venture | | None | J | T | | | | | |
| 24.  - Real Est. Securities Fund | | None | K | T | | | | | |
| 25.  - Capital Appreciation Fund | | None | J | T | | | | | |
| 26.  - John Hancock Disciplined Value (X) | | None | J | T | | | | | |
| 27.  UBS Financial Services, Inc. Pension Plan #3 | | None | P1 | T | | | | | |
| 28.  John Hancock USA Pension Plan #4 (H) | | | | | | | | | |
| 29.  - Lifestyle Aggressive | | None | K | T | | | | | |
| 30.  - Oppenheimer Developing Mkt | | None | K | T | | | | | |
| 31.  - T. Roe Price Health Sci | | None | K | T | | | | | |
| 32.  - Legg Mason Clear Br Agg. Growth | | None | K | T | | | | | |
| 33.  - Energy | | None | J | T | | | | | |
| 34.  - Intl Small Cap Fund | | None | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stranch, Jane B. | 05/15/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35.  - EuroPacific Growth Fund | | None | K | T | | | | | |
| 36.  - Columbia Value & Restructuring (Y) | | | | | | | | | |
| 37.  - Davis New York Venture | | None | J | T | | | | | |
| 38.  - Capital Appreciation Fund | | None | K | T | | | | | |
| 39.  - John Hancock Disciplined Value (X) | | None | J | T | | | | | |
| 40.  Memphis Partners | A | Dividend | K | T | | | | | |
| 41.  Branstetter Family Partners (H) | | | | | | | | | |
| 42.  - Bank of Nashville Accounts | A | Interest | N | T | | | | | |
| 43.  - Investment Property, Nashville, TN (Appraisal 4/09) | | None | P1 | Q | | | | | |
| 44.  Trust #2, real property Nashville, TN (2005-8, $282,000) | | None | N | R | | | | | |
| 45.  Trust #3 (H) | | | | | | | | | |
| 46.  - UBS Bank USA Deposit Account | A | Interest | J | T | | | | | |
| 47.  - American Funds Capital Income Builder Fund | D | Dividend | N | T | | | | | |
| 48.  - Virtus Premium Alpha Sector A Fund | B | Dividend | N | T | | | | | |
| 49.  --Virtus 1st Purchase | | | | | Buy (add'l) | 02/06/12 | M | | |
| 50.  --Virtus 2nd Purchase | | | | | Buy (add'l) | 12/19/12 | K | | |
| 51.  Trust #4 (H) | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stranch, Jane B. | 05/15/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. - Investment Property, Nashville, TN (Appraisal 4/09) | | None | K | Q | | | | | |
| 53. Trust #5 (H) | | | | | | | | | |
| 54. - Investment Property, Nashville, TN (Appraisal 4/09) | | None | K | Q | | | | | |
| 55. Trust #6 (H) | | | | | | | | | |
| 56. - Investment Property, Nashville, TN (Appraisal 4/09) | | None | K | Q | | | | | |
| 57. Trust #7 (H) | | | | | | | | | |
| 58. - Investment Property, Nashville, TN (Appraisal 4/09) | | None | K | Q | | | | | |
| 59. Northwestern Mutual: Whole Life Policy | B | Dividend | L | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stranch, Jane B. | 05/15/2013 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

All Part VII, references by line listed below:

1.  Line 2 is an account I opened at Capstar Bank at the end of 2011 but inadvertently failed to include on the 2011 reporting form.

2.  Line 15 (Line 14 on 2011 report) is a retirement account with investments selected by the manager based on categories of investment risk I choose. Line 22 on the 2011 & 2012 reports was deleted by the manager and Line 26 was added.

3.  Line 28 (Line 27 on 2011 report) is a retirement account with investments selected by the manager based on categories of investment risk _____ chooses. Line 36 on the 2011 & 2012 reports was deleted by the manager and Line 39 was added.

4.  Line 43 on 2011 report, Trust #2 contains gifts of percentage ownership in real property given over time from 2005 to 2008. The value as deeded is as follows:
    2005 - $66,000
    2006 - $72,000
    2007 - $72,000
    2008 - $72,000
    Total   $282,000

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Jane B. Stranch**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544